**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIAN M. SMITHSON,** | : | |
|     Plaintiff | : | |
| | : | No. 1:14-cv-1866 |
| v. | : | |
| | : | |
| **MARIAH BRITTANY RIZZO, et al.,** | : | (Judge Kane) |
|     Defendants | : | |

---

| | | |
|---|---|---|
| **CHRISTIAN M. SMITHSON,** | : | |
|     Plaintiff | : | |
| | : | No. 1:14-cv-1867 |
| v. | : | |
| | : | |
| **TROOPER BURNHAM, et al.,** | : | (Judge Kane) |
|     Defendants | : | |

## ORDER

**AND NOW,** on this 7th day of April 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Blewitt's Report and Recommendation (No. 14-1866, Doc. No. 21; No. 14-1867, Doc. No. 19) is **ADOPTED**;

2. Plaintiff's objections (No. 14-1866, Doc. No. 24) are **OVERRULED**;

3. The Clerk of Court is directed to consolidate the case docketed as Civil Action No. 1:14-cv-1867 into the case docketed as Civil Action No. 1:14-cv-1866, and to close the case docketed as Civil Action No. 1:14-cv-1867;

4. Defendants' motions to dismiss (No. 14-1866, Doc. No. 2; No. 14-1867, Doc. No. 2) are **GRANTED AS FOLLOWS**:

    a. Plaintiff's claims against the Pennsylvania State Police and for money damages under the Pennsylvania Constitution are **DISMISSED WITH PREJUDICE**;

    b. The remainder of Plaintiff's claims are **DISMISSED WITHOUT**

       **PREJUDICE**;

5. Plaintiff's motions for summary judgment (No. 14-1866, Doc. No. 13; No. 14-1867, Doc. No. 11) are **DENIED**;

6. Plaintiff's motions requesting that the Court hold a hearing (No. 14-1866, Doc. No. 30; No. 14-1867, Doc. Nos. 22, 27) are **DENIED**;

7. Plaintiff's motions to remove mistitled earlier motions requesting <u>habeas</u> relief (No. 14-1866, Doc. No. 29; No. 14-1867, Doc. No. 26) are **DENIED AS MOOT**;

8. Defendants' motions to stay summary judgment (No. 14-1866, Doc. Nos. 15, 18; No. 14-1867, Doc. Nos. 13, 16) are **DENIED AS MOOT**;

9. Plaintiff's motions to remove Defendant York County Public Defender's Office (No. 14-1866, Doc. Nos. 25, 28; No. 14-1867, Doc. No. 22) are **DENIED AS MOOT**;

10. Plaintiff's motion to exceed page limitation (No. 14-1866, Doc. No. 23) is **DENIED AS MOOT**; and,

11. The Clerk of Court is also directed to close the consolidated case docketed at Civil Action No. 1:14-cv-1866.

                                                     S/ Yvette Kane  
                                                     Yvette Kane, District Judge  
                                                     United States District Court  
                                                     Middle District of Pennsylvania